UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Julius A Thomas

    Plaintiff,

Vs                              NO.12-CV-05294-JFB-ARL

                                   MOTION TO COMPEL

RJM ACQUISTION, LLC

    Defendant.

TO Court on the behalf of Julius A Thomas vs. RJM ACUISTION LLC.

This is Mr. Julius A Thomas I here by requesting for all contracts I Julius A Thomas have with RJM ACQUISTION LLC showing proof that I own a debt to RJM ACQUISTION and all so send over all the times RJM ACQUISTION LLC have sent me letter to notify me of the debt and how many times have RJM ACQUISITION LLC. had tried to call me in regards to the contract that is stated at large. Under the memorandum of law all facts should state their purpose of all that I required here so that this can go forward if not it will be false facts.

Dated: November 26/2013

By: Julius A Thomas

Of 116-05 221 street

Cambria heights

Jamaica ny 11411-1610

SWORN TO AND SUBSCRIBED BEFORE ME
ON THIS _26_ DAY OF _NOV._
IN THIS YEAR _2013_

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**



Julius A Thomas

              **Plaintiff(s)**

**AFFIRMATION IN SUPPORT OF**
**REQUSRT FOR CERTIFICATE**
**12-CV-05294(JFB)(ARL)**

-against-

**RJM ACQUISITION LLC.**

              **Defendant(s)**

RECEIVED
DEC 0 2 2013
EDNY PRO SE OFFICE

I Julius Thomas hereby declare as follows

(1) I am the plaintiff in this action.

(2) This action was commenced pursuant to RJM ACQUISTION LLC,

(3) The time for the defendant(s) is ten days to answer or move with respect to the complaint that has been brought before the defendant

1) Reporting Act(FCRA) U.S.C. § 1681p et seq.§1681b unauthorized access to plaintiff credit report.

2)§807. False and misleading representation the defendant used against the plaintiff. 15 U.S.C. §1692e

3) §805. Communication in connection with debt collection 15 U.S.C. §1692c this act was done without express permission of a court of competent jurisdiction.

4)§ 1681n if someone obtain a report using false pretenses or without permissible purpose then actual damages is a thousand dollars or whichever is greater for the cost of violations.